1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERNEST MILLER, | ) | NO. CV 08-4547-GAF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DARREN ADAMS, Warden, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 21, 2008.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE